07005447

## Office of the Sheriff



**KEVIN C. LARKIN**
**SHERIFF**

MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

UNDERSHERIFFS
MICHAEL D. GERASIMOWICZ
DENNIS J. TOBOLSKI
CAROLYN E. WALTON

ASSISTANT TO THE SHERIFF
CATHLEEN G. GARTON

CHIEF SHERIFF'S OFFICER
JOHN A. KEMLER

CHIEF WARRANT OFFICER
DENNIS J. MCMANMON

PLAINTIFF    MARY ELLEN NEWTON              DOCKET #    07-CV-10523

DEFENDANT   MERCK & CO INC

I SERVED THE FOLLOWING   US DISTRICT COURT, SUMMONS & COMPLAINT

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| MERCK & CO INC | 12/13/07 | 1100 AM | CORPORATION TRUST COMPANY Registered Agent Tyeasha Weaver Manager or Managing Agent 820 Bear Tavern Road, Ewing Twp |

I, KEVIN C. LARKIN, Sheriff of Mercer County, do hereby deputize and appoint _____ to be my Deputy, to execute and return the writ according to law.

Witness my hand and seal this

__13__ day of __Dec__
A.D. 2007

Sheriff (L.S.)
Sheriff's Fee: $$33.50
Notary Fee  $2.50

OTHER (Comment)

KEVIN C. LARKIN, SHERIFF, by

_____
Special Deputy

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012

Sworn to and subscribed before me this
__13__ day of __Dec__, 2007

Lenora R. Allen